| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bybee, Jay S. | 2. Court or Organization<br><br>U.S. Court of Appeals, 9th Cir | 3. Date of Report<br><br>08/18/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (active) | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Lloyd D George U.S. Courthouse<br>333 Las Vegas Blvd. S., #7080<br>Las Vegas, NV 89101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust #1 |
| 2. | Senior Fellow in Constitutional Law | William S. Boyd School of Law, University of Nevada Las Vegas |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 1999 | VALIC, academic retirement program |
| 2. | 1999 | Contract with Greenwood Press as co-author for book (published 2006) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 08/18/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | William S. Boyd School of Law, University of Nevada Las Vegas | $15,100.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Clark County School District-salaried, full-time employee |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University Law School | 2/7/2014-2/8/2014 | Washington, DC | Judge--moot court competition | transportation, meals |
| 2. | BYU Management Society, Sacramento LDS Business Association | 4/16/2014 | Sacramento, CA | Speaker, J. Rebuben Clark Law Society-St. Thomas More Society Luncheon | transportation, parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 08/18/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on rental property, Henderson, NV (Part VII, line 33) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 08/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | J | T | | | | | |
| 2. Campus Federal Credit Union | A | Interest | J | T | | | | | |
| 3. American Funds MMA | A | Interest | K | T | | | | | |
| 4. Southern California Edison Common Stock | | None | J | T | | | | | |
| 5. Fidelity Destiny IRA | | None | K | T | | | | | |
| 6. Washington Mutual IRA | | None | J | T | | | | | |
| 7. Acacia Life Insurance (whole life) | | None | J | T | | | | | |
| 8. American General Insurance (whole life) | | None | J | T | | | | | |
| 9. VALIC (retirement) | | None | N | T | | | | | See note in Part VIII. |
| 10. --Mid Cap Value Fund | | | | | | | | | See note in Part VIII. |
| 11. --Mid Cap Index Fund | | | | | | | | | See note in Part VIII. |
| 12. --International Equities Fund | | | | | | | | | See note in Part VIII. |
| 13. --Stock Index | | | | | | | | | See note in Part VIII. |
| 14. --Foreign Value Fund | | | | | | | | | See note in Part VIII. |
| 15. --Socially Responsible Fund | | | | | | | | | See note in Part VIII. |
| 16. --Fixed Account Plus | | | | | | | | | See note in Part VIII. |
| 17. --Vanguard Windsor II | | | | | | | | | See note in Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Blue Chip Growth | | | | | | | | | See note in Part VIII. |
| 19. --Global Real Estate Fund | | | | | | | | | See note in Part VIII. |
| 20. --Large Cap Core | | | | | | | | | See note in Part VIII. |
| 21. --Small Cap Value Fund | | | | | | | | | See note in Part VIII. |
| 22. --Emerging Economies | | | | | | | | | See note in Part VIII. |
| 23. --Invesco Balanced Risk Commodities | | | | | | | | | See note in Part VIII. |
| 24. --Dividend Value | | | | | | | | | See note in Part VIII. |
| 25. --International Opportunities | | | | | | | | | See note in Part VIII. |
| 26. --Core Bond Fund | | | | | | | | | See note in Part VIII |
| 27. --High Yield Bond Fund | | | | | | | | | See note in Part VIII. |
| 28. --Inflation Protected Fund | | | | | | | | | See note in Part VIII. |
| 29. --Short Term Fixed | | | | | | | | | See note in Part VIII. |
| 30. Buena Lanes (passive partnership) | A | Distribution | | | Sold | 01/31/14 | J | A | See note in Part VIII |
| 31. Virginia Educational Savings Trust | A | Distribution | K | T | | | | | |
| 32. Rental Property, Henderson, NV | A | Rent | M | W | | | | | |
| 33. Newport Coast Villas, Newport, CA (timeshare) | | None | J | T | Buy | 09/03/14 | J | | Isaac & Rebecca Sok |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 08/18/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:

The reportable assets of Trust #1 are listed separately in Part VII.

Part VII:

My VALIC account (line 9) consists of a VALIC rollover individual retirement account (IRA) and a traditional IRA.

Lines 10-29 are qualified (pre-tax) plans within my VALIC account (line 9). The qualified plans (lines 10-29) are added or removed by VALIC through a managed account that is not self-directed. I neither select nor control the assets to be purchased or sold, and I do not own the underlying assets. I report the assets that VALIC identifies as held in this account at the end of the year, understanding that these assets may differ from those reported in prior years. However, I do not include transaction information because I neither control nor select the assets to sell or buy.

Line 30: The partnership was sold. We no longer have any interest in this asset.

My 2012 report should be amended as follows:

Part I, Line 2: Senior Fellow in Constitutional Law    William S. Boyd School of Law, University of Nevada Las Vegas

Part III, Line 1: 2012    William S. Boyd School of Law, University of Nevada Las Vegas    $15,100

My 2013 report should be amended as follows:

Part I, Line 2: Senior Fellow in Constitutional Law    William S. Boyd School of Law, University of Nevada Las Vegas

Part III, Line 1: 2013    William S. Boyd School of Law, University of Nevada Las Vegas    $15,100

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 08/18/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jay S. Bybee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544